# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA
V.
PAUL SALTZ

FILED by _____ D.C.
JUN 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## WARRANT FOR ARREST

CASE NUMBER: 00 - 6168

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest___PAUL SALTZ

**CR - FERGUSON**
MAGISTRATE JUDGE
SNOW

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

|X| Indictment | | |Information | | |Complaint | | |Order of court | | |Violation Notice | | |Probation Violation Petition

**charging him or her with** (brief description of offense) **CONSPIRACY, BANK FRAUD, FALSE LOAN STATEMENTS AND FALSE STATEMENTS TO HUD**

in violation of Title _18_ United States Code, Section(s) _371,1344,1014,1010 AND 2_

Clarence Maddox
Name of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

Date and Location
_Lurana S. Snow_
Lurana S. Snow

Bail fixed at $ _100,000 personal surety_ by **UNITED STATES MAGISTRATE JUDGE**
_Defendant not to be incarcerated overnight_
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

