COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: PAUL SALTZ (surr)                CASE NO: 00-6168-CR-FERGUSON
AUSA: LYNN ROSENTHAL  *yes*            ATTY: David Joffe (temp)
AGENT:                                  VIOL:
PROCEEDING I/A ON INDICTMENT           RECOMMENDED BOND 100,000 PSB
BOND HEARING HELD - yes/no             COUNSEL APPOINTED
    BOND SET @ 100,000 PSB
    SPECIAL CONDITIONS:

1) To be cosigned by: as directed
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to: State of FL

Advised of Charges
Motion to travel to Denmark to be filed.

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL:  7-6   //   BSS
                        PTD/BOND HRG:
                        PRELIM/ARRAIGN:      7-6   //   BSS
                        REMOVAL HRG:
                        STATUS CONF:

Date: 6/22/00   Time 11:00    FTL/LSS
                              TAPE #00- 031   Begin: 1569   End: 2505

21

FILED by __ D.C.
JUN 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.