UNITED STATES OF AMERICA,  :        UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA
v.                         :
                                    CASE NO. _00-6168-CR_
_Paul Saltz_               :
                                    _(Ferguson)_
                           :

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

COMES NOW _David J. Joffe_
files this temporary appearance as counsel for the above-named
defendant(s) at initial appearance. This appearance is made with
the understanding that the undersigned counsel will fulfill any
obligations imposed by the Court such as preparing and filing
documents necessary to collateralize any personal surety bond
which may be set.

Counsel's Name  (Printed) _David J. Joffe_

Counsel's Signature _[signature]_

Address _1900 Coral Way Avenue Suite 401_
_Coconut Grove, Florida_ Zip Code: _33133-3606_

Telephone _(305) 446-5286_

30