# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA  484762

UNITED STATES OF AMERICA
V.
PAUL SALTZ

**WARRANT FOR ARREST**

CASE NUMBER: 00-6168

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __PAUL SALTZ__

**CR - FERGUSON**

Name **MAGISTRATE JUDGE SNOW**

and bring him or her forthwith to the nearest magistrate to answer a(n)

X Indictment | Information | Complaint | Order of court | Violation Notice | Probation Violation Petition

charging him or her with (brief description of offense) **CONSPIRACY, BANK FRAUD, FALSE LOAN STATEMENTS AND FALSE STATEMENTS TO HUD**

in violation of Title __18__ United States Code, Section(s) __371,1344,1014,1010 AND 2__

Clarence Maddox
Name of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

Signature of Issuing Officer

Date and Location
Lurana S. Snow

Bail fixed at $ _100,000 personal surety_ by **UNITED STATES MAGISTRATE JUDGE**
Name of Judicial Officer

Defendant not to be incarcerated overnight

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at

Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/20/00 | James A. Tassone, US Marshal | |
| DATE OF ARREST | | |
| 6/22/00 | FOR: FBI | Fred Depompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest


43