| | |
|---|---|
| DEFT: Paul Saltz (B) | CASE NO: 00-6168-CR-Ferguson |
| AUSA: Lynn Rosenthal /Kay | ATTNY: David Joffee |
| AGENT: | VIOL: perm. |
| PROCEEDING: Inquiry re Counsel/ Ararignment | BOND REC: |
| BOND HEARING HELD - yes/no | COUNSEL APPOINTED: |

BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

FILED by _____ D.C.
JUL 6 - 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) _____ Halfway House
_____ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE: DATE: TIME: JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: 7-20-00   11:00am   Snow

DATE: 7-6-00   TIME: 11:00am   TAPE # 00-053 #6
2992-3050
50