cr-06168-DTKH  Document 51  Entered on FLSD Docket 07/07/2000



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-Ferguson

UNITED STATES OF AMERICA

vs

Paul Saltz

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 7-6-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT: Address: See Bond

Telephone: _____

DEFENSE COUNSEL: Name: David Joffee

Address: _____

Telephone: _____

BOND SET/CONTINUED: $ Cont'd on bond as set

Bond hearing held: yes___ no___ Bond hearing set for _____

Dated this 6 day of July, 20 00.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. 00-053

cc: Clerk for Judge
U. S. Attorney
Defense Counsel
Pre-Trial Services