UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PAUL ROBIN SALTZ,

    Defendant.
_____/

RECEIVED & FILED IN OPEN COURT
ON 7-6-00 AT ___ FLA.
Carlos Juenks Clerk

### NOTICE OF APPEARANCE

DAVID J. JOFFE, ESQUIRE, hereby enters his permanent appearance as attorney of record for the Defendant, PAUL ROBIN SALTZ. Representation for District Court level only. Does not include appellate representation.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the OFFICE OF THE UNITED STATES ATTORNEY, 99 N. E. Fourth Street, Miami, Florida 33132, this _____ day of July, 2000.

Respectfully submitted,

DAVID J. JOFFE, P.A.
Attorney for Defendant
2900 Bridgeport Avenue
Suite 401
Coconut Grove, Florida 33133
(305) 446-5886

By_____
DAVID J. JOFFE, ESQUIRE
FLORIDA BAR NO. 0814164