UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PAUL ROBIN SALTZ,

    Defendant.
_____/

CASE NO. 00-6168-CR-FERGUSON
(Magistrate Judge Snow)

### DEFENDANT'S MOTION FOR SPECIFIC NOTICE OF 404(b) EVIDENCE

Defendant, PAUL ROBIN SALTZ, through undersigned counsel and pursuant to the notice provision of Rule 404(b) of the Federal Rules of Evidence, respectfully moves this Court for an order requiring the government to give specific notice, as set forth below, of any evidence of other crimes, wrongs or acts it intends to introduce against Defendant at trial pursuant to Rule 404(b), in its case-in-chief, for impeachment or for possible rebuttal. In support of this motion, undersigned counsel represents as follows:

    1.  The notice provision of Rule 404(b) states that "upon request by the accused, the prosecution in a criminal case shall provide reasonable notice in advance of trial ... of the general nature of any such evidence it intends to introduce at trial". Defendant hereby makes such a request.

    2.  Furthermore, Defendant submits that the notice provided by the government thus far is <u>in</u>sufficient to meet the notice provision of the Rule.



3.  Defendant, therefore, specifically requests that the government specify the general nature of any 404(b) evidence it intends to introduce against Defendant at <u>any</u> time during the trial -- in its case-in-chief, for impeachment and/or for possible rebuttal -- identifying for each such alleged incident, the date, time and location, the witness(es) who will testify about the incident, the nature of the incident, and the purported relevance of the incident to this case.  <u>See</u>, <u>United States v. Long</u>, 814 F.Supp. 72 (D. Kansas 1993) (broad statement merely invoking the 404(b) provision is insufficient).  Additionally, Defendant requests, with respect to each such incident, disclosure of all <u>Brady</u>/<u>Agurs</u>/<u>Giglio</u>/<u>Napue</u> material as defined by paragraphs C and D of the Standing Discovery Order since in those instances where a conviction did not result, the government will have to show that the incident as alleged "was in fact committed and that the defendant in fact committed it".  <u>See</u>, <u>United States v. Beechman</u>, 583 F.2d 898, 912 (5th Cir. 1978), <u>cert. denied</u>, 99 S.Ct. 1244 (1979).

WHEREFORE, the Defendant respectfully requests this Court to order the government to give specific notice of any evidence of other crimes, wrongs or acts it intends to introduce against Defendant at trial pursuant to Fed.R.Evid. 404(b), in its case-in-chief, for impeachment or for possible rebuttal.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/hand-delivered this 12th day of July, 2000, to:

LYNN ROSENTHAL, ESQUIRE
Assistant United States Attorney
500 East Broward Boulevard
Seventh Floor
Fort Lauderdale, Florida  33301

ROBERT C. JOSEFSBERG, ESQUIRE
25 West Flagler Street
Suite 800, City National Bank Building
Miami, Florida  33130-1780

THEODORE KLEIN, ESQUIRE
800 Brickell Avenue
Penthouse 2
Miami, Florida  33131

TED CRESPI, ESQUIRE
1776 North Pine Island Road
Suite 218
Plantation, Florida  33322

JOHN HOWES, ESQUIRE
633 S. E. Third Avenue
Suite 4-F
Fort Lauderdale, Florida  33301

                    Respectfully submitted,

                    DAVID J. JOFFE, P.A.
                    Attorney for Defendant
                    2900 Bridgeport Avenue
                    Suite 401
                    Coconut Grove, Florida  33133
                    (305) 446-5886

                    By_____
                    DAVID J. JOFFE, ESQUIRE
                    FLORIDA BAR NO. 0814164

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON
UNITED STATES OF AMERICA,   (Magistrate Judge Snow)

    Plaintiff,

vs.

PAUL ROBIN SALTZ,

    Defendant.
_____/

**ORDER ON DEFENDANT'S MOTION FOR**
**SPECIFIC NOTICE OF 404(b) EVIDENCE**

THIS CAUSE having come before this Court on Defendant's Motion for Specific Notice of 404(b) Evidence, and the Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Defendant's Motion for Specific Notice of 404(b) Evidence is hereby _____.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this ____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:

David J. Joffe, Esquire
Lynn Rosenthal, Esquire (AUSA)
Robert C. Josefsberg, Esquire
Theodore Klein, Esquire
Ted Crespi, Esquire
John Howes, Esquire