UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PAUL ROBIN SALTZ,

    Defendant.
_____/

CASE NO. 00-6168-CR-FERGUSON
(Magistrate Judge Snow)



### NOTICE OF POTENTIAL UNAVAILABILITY

COMES NOW the Defendant, PAUL ROBIN SALTZ (hereinafter "SALTZ"), by and through undersigned counsel, David J. Joffe, pursuant to the Federal Rules of Criminal Procedure and the Local Rules for the Southern District of Florida, and would hereby respectfully place this Honorable Court on notice that undersigned counsel will be unavailable for trial on the following dates:

    1. Undersigned counsel has been specially set for trial before the Honorable Judge James Lawrence King in the case of <u>United States of America v. Olmedo Cesar Gonzalez, et al.</u>, Case No. 99-749-CR-KING. This case is set to begin on or about July 17, 2000 and will take the parties a minimum of one (1) week to try, but will probably take two (2) weeks to try.

    2. Undersigned counsel has been specially set for trial in the case of <u>State of Florida v. Corey Humes</u>, Case No. F96-14979, Judge Lawrence Schwartz presiding, on August 28, 2000. This case has been pending for over three (3) years. Undersigned counsel is second chair in this case and will represent the Defendant in the "penalty phase" of the trial. This case is a first degree



murder case where the death penalty has not been waived by the State of Florida. Undersigned counsel is co-counsel to Charles G. White, Esquire, who is lead counsel in the case. The case will take approximately four (4) weeks for the parties to try.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/hand-delivered this __12th__ day of July, 2000, to:

LYNN ROSENTHAL, ESQUIRE
Assistant United States Attorney
500 East Broward Boulevard
Seventh Floor
Fort Lauderdale, Florida 33301

ROBERT C. JOSEFSBERG, ESQUIRE
25 West Flagler Street
Suite 800, City National Bank Building
Miami, Florida 33130-1780

THEODORE KLEIN, ESQUIRE
800 Brickell Avenue
Penthouse 2
Miami, Florida 33131

TED CRESPI, ESQUIRE
1776 North Pine Island Road
Suite 218
Plantation, Florida 33322

JOHN HOWES, ESQUIRE
633 S. E. Third Avenue
Suite 4-F
Fort Lauderdale, Florida 33301

                    Respectfully submitted,

                    DAVID J. JOFFE, P.A.
                    Attorney for Defendant
                    2900 Bridgeport Avenue
                    Suite 401
                    Coconut Grove, Florida 33133
                    (305) 446-5886

                    By_____
                       DAVID J. JOFFE, ESQUIRE
                       FLORIDA BAR NO. 0814164

- 2 -