UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON
(Magistrate Judge Snow)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PAUL ROBIN SALTZ,

    Defendant.
_____/



### MOTION FOR PERMISSION TO TRAVEL

    COMES NOW the Defendant, PAUL ROBIN SALTZ (hereinafter "SALTZ"), by and through undersigned counsel, David J. Joffe, pursuant to the Federal Rules of Criminal Procedure, the Local Rules for the Southern District of Florida and the Court Order on Pre-Trial Matters issued in the instant case, and would hereby respectfully request this Honorable Court to grant this request for permission to travel. As grounds in support of this motion, the Defendant would state the following factual basis:

    1. SALTZ intends to travel on or about August 19, 2000 to visit his 93 year old Aunt Beulah Saltz. Ms. Saltz resides at 6628 Chippewa Drive, Baltimore, Maryland 21209. The home telephone number for Ms. Saltz is (410) 484-0790.

    2. Beulah Saltz is undergoing hip replacement surgery at Baltimore General Hospital and will be in the hospital for approximately one (1) week. Beulah Saltz has been a source of emotional and financial support to Defendant SALTZ for his entire life.

63

3. SALTZ intends to leave the Southern District of Florida for the Baltimore, Maryland area on or about August 19, 2000 and return to the Southern District of Florida on or about August 27, 2000.

4. SALTZ will be residing at 6628 Chippewa Drive, Baltimore, Maryland 21209, during his visit to Baltimore, Maryland. The telephone number for SALTZ during that time period will be (410) 484-0790.

5. SALTZ intends to travel by airplane for this visit.

6. Magistrate Lurana Snow set the original conditions of pre-trial release on or about June 22, 2000. SALTZ was released on $100,000 personal surety bond and was given the additional permission at the bond hearing to travel throughout the entire State of Florida without prior written approval from the Court.

WHEREFORE, the Defendant, PAUL ROBIN SALTZ, would respectfully request this Honorable Court to grant this Motion for Permission to Travel.

<u>LOCAL RULE 88.9 COMPLIANCE</u>

Undersigned counsel's office has attempted to communicate with Assistant United States Attorney Lynn Rosenthal, via telephone on July 11, 2000, to determine Ms. Rosenthal's position regarding this motion. Undersigned counsel's office left a voice mail message but has not been able to speak with Ms. Rosenthal.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/hand-delivered this \12th\ day of July, 2000, to:

```
LYNN ROSENTHAL, ESQUIRE
Assistant United States Attorney
500 East Broward Boulevard
Seventh Floor
Fort Lauderdale, Florida   33301

LIZA LLANOS
Pretrial Services Officer
U.S. Pretrial Services
299 East Broward Boulevard
Room 301
Fort Lauderdale, Florida   33301

ROBERT C. JOSEFSBERG, ESQUIRE
25 West Flagler Street
Suite 800, City National Bank Building
Miami, Florida   33130-1780

THEODORE KLEIN, ESQUIRE
800 Brickell Avenue
Penthouse 2
Miami, Florida   33131

TED CRESPI, ESQUIRE
1776 North Pine Island Road
Suite 218
Plantation, Florida   33322

JOHN HOWES, ESQUIRE
633 S. E. Third Avenue
Suite 4-F
Fort Lauderdale, Florida   33301
```

                                Respectfully submitted,

                                DAVID J. JOFFE, P.A.
                                Attorney for Defendant
                                2900 Bridgeport Avenue
                                Suite 401
                                Coconut Grove, Florida   33133
                                (305) 446-5886

                                By_____
                                    DAVID J. JOFFE, ESQUIRE
                                    FLORIDA BAR NO. 0814164

- 3 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON
UNITED STATES OF AMERICA,            (Magistrate Judge Snow)

    Plaintiff,

vs.

PAUL ROBIN SALTZ,

    Defendant.
_____/

### ORDER ON MOTION FOR PERMISSION TO TRAVEL

THIS CAUSE having come before this Court on Defendant's Motion for Permission to Travel, and the Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Defendant's Motion for Permission to Travel is hereby GRANTED. Defendant, PAUL ROBIN SALTZ, may travel by airplane to the Baltimore, Maryland area on or about August 19, 2000 and return to the Southern District of Florida on or about August 27, 2000. SALTZ will reside at 6628 Chippewa Drive, Baltimore, Maryland 21209, during his visit to Baltimore, Maryland, at telephone number (410) 484-0790.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this _____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:

David J. Joffe, Esquire
Lynn Rosenthal, Esquire (AUSA)
Liza Llanos (Pretrial Services)
Robert C. Josefsberg, Esquire
Theodore Klein, Esquire
Ted Crespi, Esquire
John Howes, Esquire