UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON
(Magistrate Judge Snow)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PAUL ROBIN SALTZ,

    Defendant.
_____/

**NIGHT BOX FILED**

JUL 1 2 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### MOTION FOR PROMPT AND EARLY DISCLOSURE OF RULE 404(b) EVIDENCE WITH INCORPORATED MEMORANDUM OF LAW

COMES NOW the Defendant, PAUL ROBIN SALTZ, by and through undersigned attorney, David J. Joffe, and moves this Honorable Court for the prompt and early disclosure of any evidence to be introduced by the government during its case-in-chief pursuant to Rule 404(b) of the Federal Rules of Evidence, and, as grounds therefor, states:

1. The government should be required to provide notice to the defense of its intention to introduce, in its case-in-chief, any evidence sought to be admitted pursuant to Rule 404(b) of the Federal Rules of Evidence. That Rule provides a limited basis for admissibility of evidence of "other crimes, wrongs or acts" when introduced for the purpose of proving such issues as "motive, opportunity, intent, preparation, plan, knowledge, identity, or absence of mistake or accident".

2. Defendant should not and cannot be expected to defend himself against such evidence without prompt disclosure and precise

notification of the substance of any such evidence. This request for immediate notice and full disclosure is based on the obvious intention of the Rule, which is to allow the parties to fairly evaluate and prepare their cases without having to be concerned with surprise evidence which might fundamentally affect strategic preparatory decisions. The government, by seeking a return of the indictment at a specific time--a decision which is controlled totally by the prosecution--was then aware of the evidence which it possessed and needed to secure a conviction. It cannot be permitted to continue locating evidence, particularly that which has only collateral relevance, in an effort to build a better case against the accused, aided in part by the element of surprise.

3. An order requiring early notice of collateral evidence and the specifics of such evidence is consistent with available legal authority. By requiring particulars in advance, a Defendant is better equipped to test and challenge the evidentiary foundation of any collateral evidence. See, <u>United States v. Beechum</u>, 582 F.2d 898 (5th Cir. 1978) (en banc), <u>cert. denied</u> 440 U.S. 920, 99 S.Ct. 1244 (1979) (decision contains an exhaustive discussion of prerequisites to admissibility of collateral evidence). This Rule not only makes sense, but is a means of insuring fundamental fairness to the accused.

WHEREFORE, the Defendant respectfully moves this Honorable Court for an order requiring the government to promptly give notice, with particulars, of its intention to use Rule 404(b) evidence. The failure to give such pretrial notice should warrant

the exclusion of any Rule 404(b) evidence.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/hand-delivered this 12th day of July, 2000 to:

LYNN ROSENTHAL, ESQUIRE
Assistant United States Attorney
500 East Broward Boulevard
Seventh Floor
Fort Lauderdale, Florida  33301

ROBERT C. JOSEFSBERG, ESQUIRE
25 West Flagler Street
Suite 800, City National Bank Building
Miami, Florida  33130-1780

THEODORE KLEIN, ESQUIRE
800 Brickell Avenue
Penthouse 2
Miami, Florida  33131

TED CRESPI, ESQUIRE
1776 North Pine Island Road
Suite 218
Plantation, Florida  33322

JOHN HOWES, ESQUIRE
633 S. E. Third Avenue
Suite 4-F
Fort Lauderdale, Florida  33301

Respectfully submitted,

DAVID J. JOFFE, P.A.
Attorney for Defendant
2900 Bridgeport Avenue
Suite 401
Miami, Florida  33133
(305) 446-5886

By_____
DAVID J. JOFFE, ESQUIRE
FLORIDA BAR NO. 0814164

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON
(Magistrate Judge Snow)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PAUL ROBIN SALTZ,

    Defendant.
_____/

**ORDER ON MOTION FOR PROMPT AND
EARLY DISCLOSURE OF RULE 404(b) EVIDENCE**

THIS CAUSE is before the Court upon the Defendant's Motion for Prompt and Early Disclosure of Rule 404(b) Evidence.

After a careful review of the pleadings and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that said motion is _____, within the scope of the Standing Discovery Order.

DONE AND ORDERED in Chambers at the United States District Courthouse, Miami, Florida, this _____ day of _____, 2000.

                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

David J. Joffe, Esquire
Lynn Rosenthal, Esquire
Robert C. Josefsberg, Esquire
Theodore Klein, Esquire
Ted Crespi, Esquire
John Howes, Esquire