UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case no.00-6168-Cr-Ferguson/Snow

| UNITED STATES, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| PAUL ROBIN SALTZ, | : |
| | : |
| Defendant. | : |

_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

COMES NOW, PAUL ROBIN SALTZ, and hereby stipulates and agrees that Gary Kollin,

Esq., of the law firm of Gary Kollin, P.A., shall substitute for David Joffee, Esq., as counsel for the

Defendant, in this matter.

I hereby certify that a copy of the foregoing was mailed on July 2000 to Lynn Rosenthal,

Assistant United States Attorney, 500 E. Broward Blvd., Ft. Lauderdale, FL 33394.

_____ Dated July 13, 2000
PAUL ROBIN SALTZ

GARY KOLLIN, P.A.
GARY KOLLIN, ESQ.                    DAVID JOFFEE, ESQ.
8211 W. Broward Blvd., #420          2900 Bridgeport Avenue, Suite 401
Ft. Lauderdale, FL 33324             Coconut Grove, FL 33133-3606
Telephone: (954) 723-9999            Telephone: (305) 446-5686
Fla. Bar No. 282431



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case no.00-6168-Cr-Ferguson/Snow

UNITED STATES.                          :

    Plaintiff,                          :

                                 :

vs.                                     :

                                   :

PAUL ROBIN SALTZ,                       :

    Defendant.                          :

_____/


## STIPULATION FOR SUBSTITUTION OF COUNSEL.

    COMES NOW, PAUL ROBIN SALTZ, and hereby stipulates and agrees that Gary Kollin,

Esq., of the law firm of Gary Kollin, P.A., shall substitute for David Joffey, Esq., as counsel for the

Defendant, in this matter.

    I hereby certify that a copy of the foregoing was mailed on July\_], 2000 to Lynn Rosenthal,

Assistant United States Attorney, 500 E. Broward Blvd., Ft. Lauderdale, FL 33394.

Dated July 13, 2000

PAUL ROBIN SALTZ

GARY KOLLIN, P.A.
GARY KOLLIN, ESQ.
8211 W. Broward Blvd., #420
Ft. Lauderdale, FL 33324
Telephone: (954) 723-9999
Fla. Bar No. 282431

DAVID JOFFER, ESQ
2900 Bridgeport Avenue, Suite 401
Coconut Grove, FL 33133-3606
Telephone: (305) 446-5686