UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

v.  :

PAUL SALTZ,  :

    Defendant.  :

FILED by ___ D.C.
JUL 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## STATUS REPORT

A status conference was held in this cause on July 20, 2000. At that conference, the parties informed the Court as follows:

1. There are 34 boxes of discovery materials. A discovery conference is to be held on July 24, 2000, the date of the calendar call.

2. A continuance of the trial may be required.

DATED at Fort Lauderdale, Florida, this 21st day of July, 2000.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Lynn Rosenthal (FTL)
David Joffee, Esq.

