UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case no. 00-6168-Cr-Ferguson/Snow

UNITED STATES,                        :

    Plaintiff,                        :
                                      :
vs.                                   :
                                      :
PAUL ROBIN SALTZ,                     :
                                      :
    Defendant.                        :
_____/

FILED BY _____ D.C.

JUL 2 6 2000

### ORDER ON STIPULATION FOR SUBSTITUTION OF COUNSEL

    IT IS HEREBY ORDER AND ADJUDGED that David Joffee, Esq., is hereby relieved of

further responsibility in this action as counsel and Gary Kollin, Esq., is hereby substituted as counsel

of record in all matters from this time forward.

    DONE AND ORDERED in Southern District of Florida this ____ day of ____, 2000.

_____
WILKIE FERGUSON
UNITED STATES DISTRICT JUDGE

Copies to:    Lynn Rosenthal, Esq. United State Attorney's Office
            David Joffee, Esq.
            Gary Kollin, Esq.