UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

PAUL ROBIN SALTZ,
Defendant.

JUL 26 2000

Case No. 00-6168-CR-FERGUSON

(Trial 7/31/00)

### ORDER OF REFERENCE TO U.S. MAGISTRATE

Pursuant to 28 U.S.C. § 636 and Local Magistrates Rules 1-4, the following is referred to U.S. Magistrate Lurana Snow, for a Report and Recommendation and/or Order: Motion for Specific Brady Material, Motion to Interview Prospective Witnesses and Motion for Permission to Travel.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 25th day of July 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

c:  U.S. Magistrate Lurana Snow
    Lynn Rosenthal, AUSA
    David Joffe, Esq
    Liza Llanos, USPSO
    Robert C. Josefsberg, Esq
    Theodore Klein, Esq
    Ted Crespi, Esq
    John Howes, Esq

