UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

Vs.            Case No. 00-6168-CR-FERGUSON

PAUL ROBIN SALTZ,
    Defendant.
_____/

JUL 26 2000

## ORDER GRANTING MOTION FOR PROMPT AND EARLY DISCLOSURE OF RULE 404(b) EVIDENCE WITH INCORPORATED MEMORANDUM OF LAW

THIS MATTER is before the Court on the above-mentioned motion filed by defendant, Paul R. Saltz, on July 12, 2000. After consideration, it is

**ORDERED AND ADJUDGED** that the motion is hereby ***GRANTED***. The government shall provide pre-trial notice of "other crimes" evidence it may use at trial as soon as the knowledge of such evidence becomes known.

**DONE AND ORDERED** at Fort Lauderdale, Florida this 25th day of July 2000.

WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

copies:
Lynn Rosenthal, AUSA
David Joffe, Esq

