UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6168-CR-FERGUSON
                            (Magistrate Judge Snow)
    Plaintiff,

vs.

PAUL ROBIN SALTZ,

    Defendant.
_____/



CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER ON MOTION FOR PERMISSION TO TRAVEL

THIS CAUSE having come before this Court on Defendant's Motion for Permission to Travel, and the Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Defendant's Motion for Permission to Travel is hereby GRANTED. Defendant, PAUL ROBIN SALTZ, may travel by airplane to the Baltimore, Maryland area on or about August 19, 2000 and return to the Southern District of Florida on or about August 27, 2000. SALTZ will reside at 6628 Chippewa Drive, Baltimore, Maryland 21209, during his visit to Baltimore, Maryland, at telephone number (410) 484-0790. All other conditions of bond are to remain in full force and effect.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this  1st  day of  August , 2000.

                        _____
                        UNITED STATES MAGISTRATE JUDGE
                               LURANA S. SNOW

Copies furnished to:

Lynn Rosenthal, Esquire (AUSA)
Liza Llanos (Pretrial Services)
**Gary Kollin, Esq.**