UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case no.00-6168-Cr-Ferguson/Snow

UNITED STATES,

   Plaintiff,

vs.

PAUL ROBIN SALTZ,

   Defendant.

## MOTION ADOPTING MOTIONS FILED BY FORMER COUNSEL

COMES NOW, PAUL ROBIN SALTZ, by and through undersigned counsel and adopts the following motions filed by former counsel: Motion for Specific Brady Material and Motion to Interview Prospective Witnesses.

I hereby certify that a copy of the foregoing was mailed on August 3, 2000 to Lynn Rosenthal, Assistant United States Attorney, 500 E. Broward Blvd., Ft. Lauderdale, FL 33394, Theodore Klein Esq., 800 Brickell Avenue, PH 2, Miami, FL 33131-2911, Robert Josefsberg, Esq., 25 W. Flagler Street, Suite 800, Miami, FL 33130-1712, Ted Crespi, Esq., 1776 N. Pine Island Road, Suite 218, Plantation, FL, 33322-5223, and John Howes, Esq., 633 SE Third Avenue, Suite 4F, Ft. Lauderdale, FL 33302-0697.

                                               GARY KOLLIN, P.A.
                                               8211 W. Broward Blvd., #420
                                               Ft. Lauderdale, FL 33324
                                               Telephone: (954) 723-9999

                                               Gary Kollin, Esq.
                                               Fla. Bar No. 282431

