RHS/sls

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
v.                        )
                          )
PAUL SALTZ,               )
                          )
            Defendant.    )
_____)

AUG 16 2000

GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO DEFENDANT PAUL SATZ' MOTIONS FOR
SPECIFIC BRADY MATERIAL AND TO INTERVIEW
<u>PROSPECTIVE WITNESSES</u>

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney, and moves for an enlargement of time to respond to defendant Paul Saltz' Motions for Specific Brady Material and to Interview Prospective witnesses, and states:

1.  Saltz' new counsel, Gary Kollin, Esq. has advised the government that it is likely his client will be entering a guilty plea in this case. Therefore, barring a breakdown in plea negotiations, the defendant presently does not need a government response to his motions.



Wherefore, the United States respectfully requests that the time period for the government's responses to defendant's motions be enlarged an additional 30 days to permit plea negotiations to conclude.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: _____
LYNN D. ROSENTHAL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar #343226
U.S. Courthouse/Federal Bldg.
500 East Broward Blvd. Suite 700
Fort Lauderdale, FL 33301

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent to the below named on this 16th day of AUGUST, 2000.

GARY KOLLIN, ESQ.
8211 W. BROWARD BLVD., STE. 420
PLANTATION, FL 33324


ROBERT C. JOSEFSBERG, ESQ.
25 W. FLAGLER ST.
SUITE 800, CITY NATIONAL BANK BUILDING
MIAMI, FL 33130-1780

```
THEODORE KLEIN, ESQ.
800 BRICKELL AVE.
PENTHOUSE 2
MIAMI, FL 33131

TED CRESPI, ESQ.
1776 NORTH PINE ISLAND ROAD
SUITE 218
PLANTATION, FL 33322

JOHN HOWES, ESQ.
633 S.E. THIRD AVE.
SUITE 4-F
FORT LAUDERDALE, FL 33301
```

_____
ROGER H. STEFIN
ASSISTANT UNITED STATES ATTORNEY