UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON
(Magistrate Judge Snow)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PAUL ROBIN SALTZ,

    Defendant.
_____/

AUG 2 2 2000

### ORDER ON MOTION FOR ATTORNEY-CONDUCTED VOIR DIRE

THIS CAUSE is before the Court upon the Defendant's Motion for Attorney-Conducted Voir Dire.

After a careful review of the pleadings and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that said motion is GRANTED, within the scope of the Standing Discovery Order.

DONE AND ORDERED in Chambers at the United States District Courthouse, Miami, Florida, this 21st day of August, 2000.

UNITED STATES DISTRICT JUDGE

Copies furnished to:

David J. Joffe, Esquire
Lynn Rosenthal, Esquire (AUSA)
Robert C. Josefsberg, Esquire
Theodore Klein, Esquire
Ted Crespi, Esquire
John Howes, Esquire

