UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

v.  :

MARK COHEN, et al.,  :

    Defendants.  :

FILED by ___ D.C.
AUG 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**O R D E R**

THIS CAUSE is before the Court on defendant **Paul Saltz'** Motion Adopting Motions [Motion for Specific <u>Brady</u> Material (DE 58) and Motion to Interview Prospective Witnesses (DE 64)] Filed by Former Counsel (DE 89), which was referred to United States Magistrate Judge, Lurana S. Snow.  Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED.

DONE AND ORDERED at Fort Lauderdale, Florida, this 25th day of August, 2000.

*Lurana S. Snow*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Lynn Rosenthal (FTL)
Ted Crespi, Esq.
Donald Bierman, Esq.
Robert Josefsberg, Esq.
John Howes, Esq.
Gary Kollin, Esq.

