UNITED STATES OF AMERICA,  
          Plaintiff,  
vs.  
**PAUL SALTZ, (B)**  
          Defendant.  

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA  

FILED by _____  
NOV 2 2 2000  
CLARENCE M.  

Case No. 00-6168-CR-FERGUSON  

**SENTENCING DATE**

TO: DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By direction of the Honorable WILKIE D. FERGUSON, JR., United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on **January 26, 2001** at **11:00 A.M.** for imposition of sentence. On the date, report to the U.S. Courthouse, Courtroom, 207A, 2nd Floor, Federal Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida, where sentence will be imposed. You will receive no further notice.

If the above-named defendant has executed a bond with this Court, this notice advises the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. 3146), which carries a maximum sentence of up to ten (10) years imprisonment and a fine of $25,000, or both, if convicted.

IT IS FURTHER ORDERED that a Presentence Investigation and Report (PSR) to this Court will be completed and a copy made available to the parties and their counsel. DEFENSE COUNSEL AND THE DEFENDANT, IF ON BOND ARE TO REPORT THIS DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION).

IT IS FURTHER ORDERED that the U.S. Attorney's Office immediately provide the U.S. Probation Department the necessary information to prepare the Prosecution Section of the Presentence Report.

DATED: November 22, 2000

COUNSEL: Gary Kollin, Esq

RECEIVED: November 22, 2000

GOVERNMENT: AUSA, Jeff Kaplan

CLARENCE G. MADDOX, II  
Court Administrator/  
Clerk of Court

BY: _____  
Deputy Clerk  
Troy T. Walker

137