UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case no.00-6168-Cr-Ferguson/Snow

UNITED STATES,

    Plaintiff,

vs.

PAUL ROBIN SALTZ,

    Defendant.
_____/

## SUPPLEMENTAL OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT

PAUL SALTZ objects to ¶¶ 85, 94 and 95 of the Presentence Investigation Report to the extent that it indicates that restitution in the full amount of $265,896.98 should be ordered. Pursuant to 18 U.S.C. § 3663 (a)(1)(B)(i)(II), "[t]he court, in determining whether to order restitution under this section, shall consider the financial resources of the defendant, the financial needs and earning ability of the defendant and the defendant's dependents and such other factors as the court deems appropriate." Consequently, the defendant submits, based on his financial resources, the support he provides to his family as stated in ¶ 57 and he otherwise provides to the family of his deceased son, the fact that he is 60 years old and nearing retirement age, as well as the fact that he only made approximately $3,000 from his involvement in the criminal conduct in this case, that restitution in the amount of $265,896.98 should not be ordered.

-1-



GARY KOLLIN, P.A.
8211 W. Broward Blvd., #420
Ft. Lauderdale, FL 33324
Telephone: (954) 723-9999

_____
Gary Kollin, Esq.
Fla. Bar No. 282431

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed on January 12, 2001 to Jeffrey Kaplan, Assistant United States Attorney, 500 E. Broward Blvd., Ft. Lauderdale, FL 33394 and to Georgann Stanley, US Probation Officer, 299 E. Broward Blvd.., Room 409, Ft. Lauderdale, FL 33301-1168.

_____
Gary Kollin, Esq.