FILED by _____ D.C.
JAN 2 6
CLARENCE MADDOX
CLERK US DIST CT

# SENTENCING MINUTES
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE # _00-6168_

DEFENDANT _Paul Satty_    JUDGE _WILKIE D. FERGUSON_

Deputy Clerk _TROY T. WALKER_    DATE _January 26, 2001_

Court Reporter _Paul Haferling_    USPO _J. Webb_

AUSA _Jeff Kaplan_    Deft's Counsel _Larry Rollins_

COUNTS DISMISSED ___All Others___

_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited

_____ Sentencing cont'd until ___/___/___ at _____ AM / PM

_Right to Appeal_

### JUDGMENT AND SENTENCE

Imprisonment    Years _____    Months _16_    Counts _one_

Supervised Release _2 yrs (see J&C for details)_

Probation    Years _____    Months _____    Counts _____

Comments _____

Assessment $ _100.00_    Fine $ _None_

Restitution /Other _265,896.68_

### CUSTODY

_____ Remanded to the Custody of the U. S. Marshal Service    _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on _5/1/01_

Commitment Recommendation: _____

143
DM