UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case no.00-6168-Cr-Ferguson/Snow

UNITED STATES,

    Plaintiff,

vs.

PAUL ROBIN SALTZ,

    Defendant.
_____/

## MOTION TO PERMIT DEFENDANT TO CHANGE RESIDENCE ADDRESS

COMES NOW, PAUL ROBIN SALTZ, and moves this Honorable Court to authorize his change of residence address to 206 Roman Avenue NE, Palm Bay, FL 32907 and states:

1) On January 26, 2001, the defendant was sentenced to 16 months incarceration and permitted a surrender date of May 1, 2001.

2) The defendant had advised counsel of a change in his residence. Counsel was under the impression that this change of address could be approved without court intervention, however, counsel did not realize that the new address was just slightly outside the Southern District of Florida in the Middle District.

3) Counsel has spoke with Liza Llanos of Pretrial Services, the defendant's pretrial services officer, who stated she has no objection to the defendant's move and advised that he could report to the Ft. Pierce office.

4) Undersigned has attempted to speak with Assistant United States Attorney Jeffrey Kaplan whether he has any objection to the granting of this motion, but has been unable to reach him.



1

WHEREFORE, the defendant moves this Honorable Court to permit the defendant to reside within the Middle District of Florida and permit him to travel in both the Middle and Southern Districts.

I hereby certify that a copy of the foregoing was mailed on 2nd __, 2001 to Jeffrey Kaplan, Assistant United States Attorney, 500 E. Broward Blvd., Ft. Lauderdale, FL 33394 and to Liza Llanos, Pretrial Services Office, 500 E. Broward Blvd., Ft. Lauderdale, FL 33301 and via fax 954-356-7915..

                GARY KOLLIN, P.A.
                8211 W. Broward Blvd., #420
                Ft. Lauderdale, FL 33324
                Telephone: (954) 723-9999

                GARY KOLLIN, ESQ.
                Fla. Bar No. 282431