# United States District Court

## Southern District of Florida

UNITED STATES OF AMERICA
v.
**PAUL SALTZ, (J)**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: **0:00CR06168-007**

Jeffrey Kaplan, AUSA / Gary Kollin, Esq
Defendant's Attorney

**THE DEFENDANT:**

[x] pleaded guilty to count(s)  one of the indictment on November 22, 2000

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy | 06/26/1997 | 1 |

FILED by _____ D.C.
JAN 30 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[x] The defendant has been found not guilty on count(s) _____ N/A

[x] Count(s) _____ All Others _____ are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 08/07/1940
Defendant's USM No.: ~~00000-000~~ 55369-004
Defendant's Residence Address:

226 2nd Street

Hallandale                FL     33309

Defendant's Mailing Address:

226 2nd Street

Hallandale                FL     33309

01/26/2001
Date of Imposition of Judgment

Signature of Judicial Officer

**WILKIE D. FERGUSON, JR.,**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

01/30/01
Date

DEFENDANT: **PAUL SALTZ, (J)**
CASE NUMBER: 0:00CR06168-007

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ____16____ month(s)____.

**As to count one of the indictment.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ a.m./p.m. on _____

  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☒ before 2 p.m. on ____05/01/2001____

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida
By [signature] Troy D. Walker
Date 1-30-01

**RETURN**

I have executed this judgment as follows:

_____

Defendant delivered on ___5/1/01___ to ___Federal Prison Camp___
at ___Pensacola, FL___ with a certified copy of this judgment.

Jose M Vazquez, Warden
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal