MAY 29 2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case no.00-6168-Cr-Ferguson/Snow

UNITED STATES,

    Plaintiff,

vs.

PAUL ROBIN SALTZ,

    Defendant.
_____/

### ORDER ON DEFENDANT'S MOTION TO PERMIT CHANGE OF ADDRESS

IT IS HEREBY ORDER AND ADJUDGED that the defendant is permitted to reside outside the Southern District of Florida and that he is permitted t travel within the Southern and Middle Districts of Florida.

DONE AND ORDERED in Southern District of Florida this 29th day of May, 2001.
(new for 2/2/01).

WILKIE FERGUSON
UNITED STATES DISTRICT JUDGE

Copies to:    Jeffrey Kaplan, Esq., United States Attorney's Office
            Liza Llanos, Pretrial Services
            Gary Kollin, Esq.