UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARK COHEN, et al.,

    Defendants.



## O R D E R

THIS CAUSE is before the Court on various motions filed by the parties in this cause. Therefore, it is hereby

ORDERED AND ADJUDGED as follows:

1. Defendant **Mark Cohen's** Motions to Modify Conditions of Bond Release (DE 110 an 158) are DENIED as moot.

2. Defendant **Mark Cohen's** Motion to Continue Trial (DE 160) is DENIED as moot.

3. Defendant **Paul Saltz'** Motion for Specific Notice of 404(b) Evidence (DE 59) is DENIED as moot.

4. Defendant **Paul Saltz'** Motion to Interview Prospective Witnesses (DE 64) is DENIED as moot.

5. The Government's Motion to Extend Time to Respond to Motions (DE 92) is DENIED as moot.

313

6. The Government's Motion for Downward Departure (DE 228) as to defendant Mark Cohen is DENIED as moot.

DONE AND ORDERED at Fort Lauderdale, Florida, this 2nd day of ~~May~~ June, 2003.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Lynn Rosenthal (FTL)
Philip Horowitz, Esq.
David Joffe, Esq.