PROB 12A  
(SD/FL 10/01)

SD/FL PACTS No. **64392**

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-06168-CR-FERGUSON  
(Hurley)

### REPORT ON OFFENDER UNDER SUPERVISION



Name of Offender:   Paul Saltz

Name of Sentencing Judicial Officer:   The Honorable Wilkie D. Ferguson, Jr., U.S. District Court Judge, Fort Lauderdale, Florida.

Date of Original Sentence:   January 26, 2001

Original Offense:   Conspiracy, in violation of Title 18, U.S.C. § 371

Original Sentence:   Sixteen (16) months custody of the Bureau of Prisons to be followed by three years supervised release.   Restitution was ordered in the sum of $265,896.98 and a $100 assessment fee was imposed.

Type of Supervision:   Supervised Release          Date Supervision Commenced: June 28, 2002

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition**, by failing to satisfy the Court ordered restitution.   On January 26, 2001, restitution in the amount $265,896.98 was ordered by the Court and the supervised releasee has failed to satisfy this financial obligation. |

On June 26, 2002, the defendant was released from the custody portion of his sentence to commence his three year term of supervised release in the Middle District of Florida, where he has remained throughout the term of his supervision.. The Supervising U.S. Probation Officer has been monitoring the releasee's financial ability to make monthly restitution payments and reports that the defendant has paid the Court ordered restitution to the best of his ability. During the course of supervision, the defendant has made consistent restitution payments.   Mr. Saltz has made total payments of $4,660.54  with an outstanding balance of $261,236.44. The defendant's term of supervised release is scheduled to terminate on June 25, 2005, and he will not be able to satisfy this financial obligation in full prior to that date..

The defendant has signed a Consent Agreement Form indicating that he will continue to make payments in the amount of $80.00 per month towards his Court ordered obligation until said financial

PROB 12A  SD/FL PACTS No. **64392**

(SD/FL 10/01)

obligation has been satisfied. The Consent Agreement Form has been forwarded to the United States Attorney's Office.

    It is anticipated the Financial Litigation Unit of the United States Attorney's Office will be submitting a separate order to the Court specifying the Consent Agreement.

    As a result, it is respectfully requested that Your Honor take no further action and allow the defendant's term of supervised release to expire normally.

Respectfully submitted,

by

Terry M. Levix
U.S. Probation Officer
Phone: 954-769-5517
Date: May 18, 2005

**Reviewed and Approved by:** _____
Carolyn M. Gamble, Supervising
U.S. Probation Officer

[✓]    Concur with action(s) taken by the U.S. Probation Officer
[ ]    Submit a Request for Modifying the Conditions or Term of Supervision
[ ]    Submit a Request for _ Warrant or _ Summons

_____
Signature of Judicial Officer

_____
Date